UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HEATHER GONZALEZ on her own behalf
and others similarly situated,

    Plaintiff,

vs.    Case No. 2:12-cv-69-FtM-29DNF

DT WATER CORPORATION, a Florida
corporation doing business as
Culligan Water, DALE MAST,
individually,

    Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #17), filed June 19, 2012, recommending that the Joint Motion for Approval of FLSA Settlement, and Stipulation of Dismissal With Prejudice (Doc. #16) be granted, the settlement be approved, and the case dismissed with prejudice. The parties filed a Joint Notice of No Objection (Doc. #18) giving notice of no objection on June 24, 2012.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #17) is hereby **adopted** and the findings incorporated herein.

2. The Joint Motion for Approval of FLSA Settlement, and Stipulation of Dismissal With Prejudice (Doc. #16) is **GRANTED** and the Settlement Agreement and General Releases (Doc. #16-1) is **approved** as fair and reasonable.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, except as provided by settlement, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of June, 2012.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record